1  **BRODSKY SMITH**
   Evan J. Smith, Esquire (SBN 242352)
2  esmith@brodskysmith.com
   Ryan P. Cardona, Esquire (SBN 302113)
3  rcardona@brodskysmith.com
   9595 Wilshire Boulevard, Suite 900
4  Beverly Hills, CA 90212
   Phone: (877) 534-2590
5  Facsimile: (310) 247-0160

6  *Attorneys for Plaintiff*

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10
    ABBAS KHAMBATI,                              **Case No.: 4:21-cv-02095-HSG**
11
                    Plaintiff,
12
            vs.                                  **NOTICE OF VOLUNTARY DISMISSAL**
13                                               **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
    GLU MOBILE INC., NICK EARL, NICCOLO
14  DE MASI, BENJAMIN T. SMITH IV,
    DARLA ANDERSON, ERIC R. BALL,
15  GREG BRANDEAU, BEN FEDER, ANN
    MATHER, HANY M. NADA, and
16  GABRIELLE TOLEDANO,

17                  Defendants.

18
19
20
21
22
23
24
25
26
27
28

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Abbas Khambati ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 22, 2021

**BRODSKY SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Phone: (877) 534-2590
Facsimile (310) 247-0160